UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| HAMID K. KIANI | : | CASE NO. 13-50559-ahws |
|    DEBTOR | : | |
| | : | JANUARY 14, 2014 |

## MOTION TO COMPEL DEBTOR
## TO ATTEND MEETING OF CREDITORS,
## AND FOR TURNOVER OF PROPERTY OF THE ESTATE

Ronald I. Chorches, the chapter 7 trustee (the "Trustee") hereby requests an order of this Court, pursuant to 11 U.S.C. Sec. 521, 541 and 542, and 105(a) compelling Hamid K. Kiani (the "Debtor") to appear at his 341 meeting of creditors and that he produce documentation requested herein. In support of this motion the Trustee respectfully represents as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Secs. 133, 157(b)(2)(E) and 11 U.S.C. Secs. 521, 541, 542 and 105(a).

2. On May 23, 2013, the Debtor commenced this proceeding by filing a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code (the "Petition Date").

3. This proceeding is presently pending in the District of Connecticut at Bridgeport.

4. On May 23, 2013, the Debtor failed to attend his scheduled 341 meeting of creditors in this proceeding. The Trustee continued the case to June 6, 2013 at which time the Debtor failed to appear. The Trustee has continued the 341 meeting of creditors to June 20, 2013 at which time the 341 meeting was partially held and marked continued to July 11, 2013. The Debtor failed to attend the continued 341 meeting of creditors scheduled on July 11, 2013 and the Trustee continued the 341 meeting of creditors to August 14, 2103 at which time the Debtor failed to appear.

5. The Debtor is also requested to produce the following documents at or prior to is continued 341 meeting of creditors:

    a. Documentary evidence of the asset and liabilities of the company;

    b. Profit and loss for last six (6) months preceding the Petition Date;

    c. Copies of bank statements of the company for the six (6) month period preceding the Petition Date up through the Petition Date; and

    d. CMA for the debtor's real property.

6. The Documents are property of this estate pursuant to 11 U.S.C. Sec. 541 and are subject to a turnover order pursuant to 11 U.S.C. Sec. 542.

7. 11 U.S.C. Sec. 521 provides that the debtor shall cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title . This statute further provides that the debtor shall surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate.

8. Without the Debtor's attendance at his continued 341 meeting of creditors, and without the full production of the documents requested herein, and without the Debtor's full cooperation it will be impossible for the Trustee to determine if there are assets available for unsecured creditors and to administer this estate.

**WHEREFORE,** the Trustee requests that this Court enter an order compelling the Debtor and debtor's counsel, David A. Scalzi, Esq. to attend and testify at his 341 meeting of creditors scheduled for <u>February 12, 2014 at 11:30 a.m.</u>, that she produce the documentation listed in the attached order and that he have all other relief as is just, proper and equitable.

By    */s/ Ronald I. Chorches*
Ronald I. Chorches, Trustee
Fed. Bar #ct08720
449 Silas Deane Highway
Wethersfield, CT 06109
Phone: (860) 563-3955
Facsimile: (860) 513-1577
E-mail: *ronaldchorches@sbcglobal.net*